## HOLST & BOETTCHER, LLP
### ATTORNEYS AT LAW
POST OFFICE BOX 298
514 KIMBARK STREET
LONGMONT, COLORADO 80502-0298

BRIAN J HOLST
DEVENEI D BOETTCHER*
MELISSA CAMERON
IMAN TEHRANI**

*Also Licensed in Arizona, Michigan, Nebraska & Wyoming
**Also Licensed in Arizona

(303) 772-6668
FAX (303) 772-2822


EXHIBIT A

Michael Lane Greeson
5357 Ukraine Way
Aurora, CO 80015

May 2, 2017

Christina Louise Greeson
5357 Ukraine Way
Aurora, CO 80015

Re: Bankruptcy Case No : 12-25470-HRT
Notice of Default 2011 Chevrolet Camaro SS

Dear Mr. and Mrs. Greeson,

This letter shall constitute a Notice of Default to you with respect to the Stipulation for Resolution of Motion for Relief from Stay ("Stipulation") filed with and made an Order of the Court on April 21, 2017 (Docket No. 69) in your above reference bankruptcy. Under the terms and provisions of the Stipulation, in addition to other obligations, you were to make a payment of $996.25 on or before April 30, 2017.

Pursuant to our client's records, you have failed to fully pay your April payment in accordance with the terms of the Stipulation. Specifically, you only paid $480.00 on April 27, 2017. Should you fail to cure this payment, which has become due, by the date set forth below, we shall ask the Court to enter an Order for Relief from Automatic Stay pursuant to the Stipulation and proceed to exercise Credit Union of Denver's contractual and statutory remedies outside of the bankruptcy proceedings.

**A total amount of $516.25 must be paid, payable to the Credit Union of Denver, and delivered to: Attention Collections Department: 9305 W. Alameda Avenue, Lakewood, Colorado 80226 no later than May 12, 2017. Failure to do so will result in termination of the Automatic Stay.**

I will also note that pursuant to the Stipulation, you have a payment due on or before May 12, 2017 in the amount of $996.25. If you fail to timely and fully pay this payment, the Credit Union will not send another notice of default and will seek a termination of the Automatic Stay

Please contact your bankruptcy attorney if you have any questions

                                                  Holst & Boettcher, LLP

                                                  Iman Tehrani

Cc:    Client
        Debtor's Counsel Michael Suchoparek
        M.Suchoparek@wesucho.com